Judge Marsha J. Pechman

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR07-312MJP |
| Plaintiff, ) | |
| v. ) | ORDER TO SEAL |
| FARREN DEAN DOCTER, ) | |
| Defendant. ) | |

Having read the Government's Sentencing Memorandum in the above-captioned case, which was filed under seal, and Government's Motion to Seal requesting that the Government's Sentencing Memorandum be allowed to remain under seal,

It is hereby ORDERED that the Government's Sentencing Memorandum in this matter shall remain sealed.

DATED this 27th day of March, 2009.

Marsha J. Pechman
United States District Judge

Presented by:

_____
ADAM W. CORNELL
Special Assistant United States Attorney

ORDER TO SEAL/DOCTER — 1
CR07-312MJP

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970