HONORABLE MARSHA PECHMAN

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff<br><br>vs.<br><br>FARREN DEAN DOCTER,<br><br>　　　　　Defendant. | Cause No. CR07-312MJP<br><br>**ORDER PERMITTING DEFENDANT TO FILE SENTENCING MEMORANDUM UNDER SEAL** |

This matter having come before the Court on motion of the Defendant above-named,, and good cause appearing therefore,

NOW THEREFORE it is ordered that the Defendant's sentencing memorandum shall be filed with the Clerk of the Court under seal.

DATED THIS 27th day of March, 2009.

*[signature]*

Marsha J. Pechman
United States District Judge

Presented by:

/s/ Gilbert H. Levy
Gilbert H. Levy, WSBA 4805
Attorney for Defendant

ORDER PERMITTING DEFENDANT TO
FILE SENTENCING MEMORANDUM
UNDER SEAL   - 1

C:\DOCUME~1\rmiller\LOCALS~1\Temp\notesE1EF34\
seal order.doc

*Gilbert H. Levy*
Attorney at Law
200 Market Place Two
2001 Western Avenue
Seattle, Washington 98121
(206) 443-0670  Fax: (206) 448-2252